UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: APPLICATION FOR EXEMPTION  Case No. 20-mc-31
FROM ELECTRONIC PUBLIC ACCESS
FEES BY ASHUPTA FARJANA

---

Ashupta Farjana has applied for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States.

The court finds that Ms. Farjana, as a PhD student conducting dissertation research, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. Farjana has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, the court **ORDERS** that Ms. Ashupta Farjana shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent that such use is incurred in the course of the research described in her application of June 12, 2020. The court **ORDERS** that Ms. Farjana shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to Ms. Ashupta Farjana and is valid only for the purposes stated above;

2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. by accepting this exemption, Ms. Farjana agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Ms. Farjana is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases; and

5. this exemption is valid until December 31, 2020.

This exemption may be revoked at the discretion of the court at any time.

The court will send a copy of this order to the PACER Service Center.

Dated in Milwaukee, Wisconsin this 27th day of August, 2020.

**BY THE COURT:**

_____

**HON. PAMELA PEPPER**
**Chief United States District Judge**